# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 1:08CR00024 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **BRYANT KELLY PRIDE,** | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED, and the defendant's § 2255 motion is DENIED. It is further **ORDERED** that based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: February 11, 2011

/s/ JAMES P. JONES
United States District Judge